**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 17, 2013

**BY FACSIMILE**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 2 1 2013
```

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Joseph Defede**
   **02 Cr. 127 (LTS)**

Dear Judge Swain:

   I regret to inform the Court that the Government has learned that Mr. Defede has died. The Government anticipates submitting paperwork to dismiss the case in the near future.

   Respectfully submitted,

   PREET BHARARA
   United States Attorney

By: _____
   Harris M. Fischman
   Assistant United States Attorney
   Tel.: (212) 637-2305

TOTAL P.001