USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 4 2013

**U.S. Department of Justice**

*United States Attorney
Southern District of New York*

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

July 23, 2013

**BY EMAIL**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007



Re:    **United States v. Joseph Defede**
       **02 Cr. 127 (LTS)**

Dear Judge Swain:

As we regrettably informed the Court previously, the Government has learned that Mr. Defede has died. The Government anticipates submitting paperwork to dismiss the case in the coming weeks, once we have adequate proof of death, and in the interim asks that the conference scheduled for July 26, 2013 be adjourned *sine die*.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____/s/_____
Harris M. Fischman
Assistant United States Attorney
Tel.: (212) 637-2305

The conference is adjourned to December 6, 2013, at 2:00pm as a control date.

**SO ORDERED:**

_____ 7/23/13
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE