UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-

JOSEPH DEFEDE,

             Defendant(s).
-------------------------------------------------------------X

No. 02 Crim. 127 (LTS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 03 2014

## ORDER

An order dismissing the above indictment in light of the defendant's death will be entered on June 16, 2014, unless the Government, by written submission and filed by June 13, 2014, demonstrates good cause to maintain this case on the Court's open docket.

Dated: New York, New York
       June 2, 2014

                                          LAURA TAYLOR SWAIN
                                          United States District Judge

CR Order.FRM    version 12/3/09