```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 8 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-

No. 02 Crim. 127 (LTS)

JOSEPH DEFEDE,

    Defendant.
-------------------------------------------------------------X

**ORDER**

The information entered on February 1, 2002, as to the above captioned Defendant in this case, who is deceased, is dismissed. The Clerk of the Court is requested to close this case.

    SO ORDERED.

Dated: New York, New York
       July 18, 2014

                                              LAURA TAYLOR SWAIN
                                              United States District Judge